UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL ANTHONY PENNA,

Plaintiff,

v.

SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, et al.,

Defendants.

Case No. 25-cv-07741-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On December 29, 2025, mail directed to plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable because: "Inmate Not in Custody." Dkt. 8 at 1. To date, plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to plaintiff by the Court was returned as undeliverable. The Court has not received a notice from plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated:   March 20, 2026

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge

United States District Court
Northern District of California